Entered on Docket
July 11, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-11-16175-LBR |
|---|---|
| NICOLE ELIZABETH BOECKH, | Chapter 13 |
| Debtor. | |

### ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C § 521(i) in that the Debtor has not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs. The 45 day period expired on June 9, 2011.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor's failure to comply with 11 U.S.C. § 521(i).

/ / /

1     **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount

2 of $150.00 per quarter that case is pending.

3     DATED this 30th day of June, 2011.

5 Submitted by:

7 _____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
8 701 Bridger Ave., Suite 820
Las Vegas, NV 89101
9 Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###

4